United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-41688
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BARBARITA PEREZ REYES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(1:97-CR-81-2)
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Barbarita
Perez Reyes on appeal from the revocation of her probation has
moved for leave to withdraw and has filed a brief as is required
by Anders v. California, 386 U.S. 738 (1967). Reyes has not
responded to counsel's motion.

Our review of the brief filed by counsel and of the record
discloses no nonfrivolous issue for appeal. Counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED. See 5TH CIR.
R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.